Case 2:25-cv-00344   Document 6   Filed on 12/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RAUL SERGIO LOZANO, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:25-CV-00344 |
| § | |
| KRISTI NOEM, § | |
| § | |
| Respondent. § | |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed pursuant to 28 U.S.C. § 2241. (D.E. 1). Petitioner filed this habeas case seeking relief pursuant to 28 U.S.C. § 2241. In the Petition, Petitioner asserts Denirett Calles Contreras[1] is being held at the Karnes County Immigration Processing Center in Karnes City, Texas. The Karnes County Immigration Processing Center is located in Karnes County, Texas which is within the Western District of Texas, San Antonio Division. 28 U.S.C. § 124 (d)(4).

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner or detainee is incarcerated. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (citation omitted); *see also Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (citations omitted). Accordingly, this case is more appropriately transferred to the Western District of Texas, San Antonio Division.

---

[1] Raul Sergio Lozano filed this case "As Next Friend of Denirett Calles Contreras," asserting Contreras is a Venezuelan national currently in ICE custody. (D.E. 1, Page 1).

Rather than dismissal, the Court finds this case should be transferred. Therefore, the Clerk of Court is **ORDERED** to **TRANSFER** this case to the United States District Court for the Western District of Texas, San Antonio Division. All pending Motions are **DENIED** as moot and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on December 30, 2025.

Jason B. Libby
United States Magistrate Judge